UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA NICHOLAS,

Plaintiff,

-against-

ENGEL ENTERTAINMENT, INC. and STEVEN M. ENGEL, individually,

Defendant.

26-CV-6765 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's August 11, 2026, Order, the parties were required to file a joint letter, the contents of which are described in the order, the Thursday before the initial conference. Dkt. 5. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents on or before **November 9, 2026**.

SO ORDERED.

Dated: November 5, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge