UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA NICHOLAS,

Plaintiff,

-against-

ENGEL ENTERTAINMENT, INC. and STEVEN M. ENGEL, individually,

Defendants.

26-cv-6765 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's November 10, 2026, Order, the parties were required to file a joint letter outlining a timeline for the anticipated motion to compel arbitration (including deadlines for any opposition or reply), on or before November 16, 2026. Dkt. 13. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **November 19, 2026**.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge